(No. 5723—

House of Tools, Inc., Claimant, *vs.* State of Illinois, Department of Public Safety, Respondent.

*Opinion filed May 11, 1971.*

House of Tools, Inc., Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

PERLIN, C.J.